BEFORE THE FIRST DIVISION, JUNE 4, 1964

**No. 68603.**—Carson M. Simon & Co. et al. *v.* United States, protests 294192–K, etc. (Philadelphia).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of glass or plastic articles similar in all material respects to those the subject of Abstracts 64185 and 67488, respectively, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JUNE 4, 1964

**No. 68604.**—Seedman International Corp. *v.* United States, protests 61/9982–S and 61/9286–S (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of cycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.

**No. 68605.**—Oxford International Corp. *v.* United States, protests 63/9193, etc. (Baltimore).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of horns and sirens similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.